**Martin Ray DEHN and Debra Dehn, Plaintiffs;**

**Liquid Asphalt Systems, Inc., et al, Appellant,**

v.

**SELLERS & MARQUIS ROOFING CO., Respondents.**

**No. WD 64516.**

Missouri Court of Appeals, Western District.

July 26, 2005.

James R. Jarrow, Christopher J. Stucky, Co–Counsel, Kansas City, MO, for Appellant.

Scott W. Mach, Kansas City, MO, for Plaintiffs.

Diane S. Milles Overland Park, KS, for Respondent.

Before NEWTON, P.J., LOWENSTEIN and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM.

Appellants Liquid Asphalt Systems and Steven F. Jones appeal from the trial court's grant of summary judgment. After reviewing the briefs of the parties and the record on appeal, this court determines that a detailed analysis would contain no precedential value. The judgment is affirmed. Rule 84.16(b).